UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DRILON HAXHAJ

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     ( ) ( )

Defendant DRILON HAXHAJ hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

_X__   Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer


S/ Drilon Haxhaj /otw
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

DRILON HAXHAJ
Print Defendant's Name

_____
Defendant's Counsel's Signature

STACEY RICHMAN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

 January 13, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge